IN THE MATTER OF THE PETITION    *    IN THE COURT OF APPEALS
FOR REINSTATEMENT OF              OF MARYLAND
REGINA WANJIRU NJOGU TO    *
THE BAR OF MARYLAND

                          Misc. Docket AG No. 12
            *     September Term, 2018

## ORDER

Upon consideration of the Amended Petition for Reinstatement of Regina Wanjiru Njogu to the Maryland Bar, Bar Counsel's response thereto, and the record herein, it is this 29th day of _____March_____, 2019, by the Court of Appeals of Maryland:

ORDERED, that the Amended Petition be, and the same hereby is, GRANTED, and the Petitioner, Regina Wanjiru Njogu, is reinstated as a member of the Bar of Maryland; and it is further

ORDERED, that the Clerk of the Court shall replace the name of Regina Wanjiru Njogu upon the register of attorneys entitled to practice in this Court and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this State; and it is further

ORDERED, that within 10 days of the date of this Order, Regina Wanjiru Njogu and Bar Counsel shall enter into a monitor agreement pursuant to Maryland Rules 19-742(e)(2) and 19-752(j)(8), with a monitor acceptable to Bar Counsel, and that the monitor agreement shall remain in effect for a period of two (2) years from the date of this Order.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



                                           /s/ Mary Ellen Barbera
                                           Chief Judge

Suzanne C. Johnson, Clerk